No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CRANE v. ANDREWS et al. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Frederick Crane against Chase Andrews and others. No opinion. Motion denied, with $10 costs. See, also, 117 N. Y. Supp. 97.

CREEM et al., Respondents, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Daniel J. Creem and another against the Fidelity & Casualty Company. C. C. Nadal, for appellant. A. G. Wellman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 241, 116 N. Y. Supp. 1042.

CRIMMINS v. CARLYLE REALTY CO. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by John D. Crimmins against the Carlyle Realty Company. No opinion. Motion granted, and question certified. Order filed. See, also, 117 N. Y. Supp. 434.

CULLEN, Appellant, v. FORTY-SECOND ST., M. & St. N. AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Bridget Cullen against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. E. J. Gavegan, for appellant. B. H. Ames, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CURTIS v. GOLDBERG et al. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by N. Willard Curtis against Ray Goldberg and others. No opinion. Motion to dismiss appeal denied, without costs.

DAHLSTROM v. GEMUNDER et al. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Carl A. Dahlstrom against August M. Gemunder and others. With this case has been consolidated in this court, cases bearing titles as follows: People v. Eugene Shellenberg; People ex rel. James G. Collins v. John F. Ahearn, as President, et al.; Brainard T. Norris et al. v. Charles F. Hoffman et al. No opinions. Motions granted, and questions certified as stated in orders. Orders filed.

DAIMLER MOTORAN GESSELLSCHAFT, Appellant, v. DAIMLER MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by the Daimler Motoran Gessellschaft against the Daimler Manufacturing Company. C. Oakes, for appellant. G. L. Kobbe, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply on payment of costs. Order filed.

DANZIGER et al., Respondents, v. FLEISCHER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Adolph Danziger and another against Charles Fleischer and another. No opinion. Judgment of the Municipal Court reversed, on the ground that the guaranty was not a continuing one, and new trial ordered; costs to abide the event.

DARCY, Respondent, v. NATIONAL TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by John J. Darcy against the National Tube Company. No opinion. Judgment and order affirmed, with costs.

DAVENPORT, Respondent, v. OCEANIC AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Rose Davenport against the Oceanic Amusement Company. No opinion. Motion to resettle order granted, without costs. See, also, 132 App. Div. 368, 116 N. Y. Supp. 609.

DAVIS, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Jacob Davis against Lewis Davis. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS v. FOGARTY et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Amie Davis against William P. Fogarty and others, impleaded, etc. E. Frayer, for appellants. E. W. S. Johnston, for respondent. No opinion. Order modified, so that it shall not appoint a receiver of any real property outside of this state, and, as so modified, affirmed, without costs. Settle order on notice.

DEADY, Respondent, v. DEGNON-McLEAN CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edward Deady against the Degnon-McLean Contracting Company. No opinion. Motion denied, with costs.

In re DE ALVANDROS. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) In the matter of the application of Carlos de Alvandros for admission to the bar. No opinion. Application referred to the committee on character.

DEAN v. F. R. LONG CO. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Casper W. Dean against the F. R. Long Company. No opinion. Motion granted. Order filed.